UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALLOYS MANYANGE,

    Defendant.
_____/

Case No. 1:09:CR:144

HON. GORDON J. QUIST

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed June 17, 2009, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Alloys Manyange's plea of guilty to Count Two of the Indictment is accepted. Defendant Alloys Manyange is adjudicated guilty.

3. Defendant Alloys Manyange shall be detained pending sentencing pursuant to 18 U.S.C. § 3143(a)(2).

Dated: July 9, 2009

        /s/ Gordon J. Quist
        GORDON J. QUIST
    UNITED STATES DISTRICT JUDGE